UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 AUG -3 AM 11:08

CLERK
BY_____pjl_____
DEPUTY CLERK

| | |
|---|---|
| Mark Davidson,<br>        Plaintiff,<br><br>- vs. -<br><br>TN Holdings Stowe, LLC d/b/a Topnotch Resort and TN Resort Stowe, LLC d/b/a Topnotch Resorts,<br>        Defendants. | Civil Action No.: 5:21-cv-00020<br><br>**ORDER OF DISMISSAL** |

Based on the Stipulation of Mark Davidson and TN Resort Stowe, LLC in this matter, all claims against TN Holdings Stowe, LLC are hereby DISMISSED WITH PREJUDICE, each entity to bear their own costs and expenses in the matter.

Dated at Rutland, in the District of Vermont, this 3rd day of August, 2021.

_____
Geoffrey W. Crawford, Chief Judge U.S. District Court

7003-016/1142813