UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| Mark Davidson,<br>    Plaintiff,<br><br> - vs. -<br><br>TN Resort Stowe, LLC d/b/a Topnotch Resorts,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 5:21-cv-00020<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

  **NOW COME** the parties to the above-entitled action and hereby stipulate and agree that the above matter and all issues brought or which could have been brought therein are hereby *DISMISSED WITH PREJUDICE*, each party to bear their own costs, expenses and attorney's fees.

DATED: Montpelier, Vermont
     August 24, 2022

             MARK DAVIDSON

            By: /s/ Ronald A. Fox
              Ronald A. Fox, Esq.
              BIGGAM FOX & SKINNER, LLP
              535 Stone Cutters Way, Suite 204
              Montpelier, VT 05602-4431
              Tel.: (802) 229-5146
              Fax: (802) 223-5225
              Email: fox@bfslaw.com
                  williams@bfslaw.com

DATED: Rutland, Vermont
     August 24, 2022

             TN RESORT STOWE, LLC d/b/a
             TOPNOTCH RESORTS

            By: */s/ John Zawistoski*
              John J. Zawistoski, Esq.
              RYAN SMITH & CARBINE, LTD.
              P.O. Box 310
              Rutland, Vermont 05702-0310
              Tel.:(802) 786-1015
              Fax:(802) 786-1100
              E-mail: jjz@rsclaw.com
                  maf@rsclaw.com